IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE SPRINT NEXTEL
DERIVATIVE LITIGATION                              Case No. 12-2242-JTM

ORDER

The court enforces its stay in this case and strikes the Plaintiffs' Amended Complaint *sua sponte.* The court stayed this action "until the later of (i) notice of entry of an order by the New York State Supreme Court granting, denying, or granting in part and denying in part the pending motion to dismiss the New York Attorney General Action; and (ii) a successful effort by the plaintiff in the New York Attorney General Action to obtain discovery from the defendants in the New York Attorney General Action." *See* Dkt. 33. The court gave Plaintiffs forty-five days to file a consolidated amended complaint after the stay expired.

Sprint's Motion to Dismiss remains pending and the New York Attorney General has not yet obtained discovery from any defendant. As a result, the stay remains in effect. Accordingly, the court acts *sua sponte* in striking the Amended Complaint that was filed in violation of the court's Order. Additionally, because the court has acted *sua sponte* on this issue, the court denies as moot the Defendants' Motion to Enforce the Court-Ordered Stay and Strike Plaintiffs' Consolidated Amended Complaint.

IT IS THEREFORE ORDERED this 28th day of November, 2012, that the court strikes the Plaintiffs' Amended Complaint (Dkt. 40) and denies as moot the Defendants' Motion (Dkt. 41).

s/J. Thomas Marten
J. THOMAS MARTEN, JUDGE
