IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| IN RE SPRINT NEXTEL DERIVATIVE LITIGATION | Case No. 2:12-cv-02242-JTM-KGG |

**ORDER FOR JOINT STIPULATION
AND MOTION REGARDING CASE MANAGEMENT MATTERS**

Before this Court is a Joint Stipulation and Motion Regarding Case Management Matters ("Joint Stipulation").

For good cause shown, the Joint Stipulation is GRANTED and it is hereby ORDERED that:

1. This action is hereby stayed by consent of the parties (the "Stay By Consent"). The Stay By Consent shall remain in effect until final judgment is entered in *New York ex rel. Empire State Ventures, LLC v. Sprint Nextel Corp., et al.*, Index No. 103917-2011 (N.Y. Sup. Ct. N.Y. Co.) (the "New York Attorney General Action") and is no longer subject to any appeals.

2. Defendants need not answer or otherwise respond to the complaint in this action for the duration of the Stay By Consent.

3. The parties agree that the portion of this stipulation providing for the expiration of the Stay by Consent is not a concession by any party that a stay is no longer appropriate, or a waiver of any argument that this action should be or remain stayed following the expiration of the Stay By Consent. All parties reserve all rights and arguments regarding the appropriateness of a stay following the expiration of the Stay By Consent.

4. Within fifteen days of expiration of the Stay By Consent, the parties will meet and confer in good faith with each other and the plaintiffs to the shareholder derivative action pending in the District Court of Johnson County, Kansas styled *Randolph v. Hesse, et al.*, Case No. 12CV04447 (the "State Derivative Action") to select, if possible, one forum in which to proceed with the litigation of claims asserted in this action and the State Derivative Action. The parties will also meet and confer regarding a schedule for the filing of: (a) an amended complaint, if any; and (b) any pleadings or motions responsive to the operative complaint.

5. Within thirty days of expiration of the Stay By Consent, the parties will: (i) inform the Court regarding the parties' efforts to confer pursuant to Paragraph 4; and (ii) consistent with Paragraph 4, propose either a further stay of the case or a schedule regarding the filing, answering, and/or briefing of the pleadings.

6. Should any new plaintiff file a shareholder derivative action on behalf of Sprint, in any forum, based in whole or in part on facts or claims common to the instant action or regarding the subject matter addressed in the operative complaint, the parties shall notify the Court and meet and confer regarding possible modification of this schedule and the schedule in the State Derivative Action to preserve the economies achieved by this Joint Motion.  The parties shall also make best efforts to coordinate the litigation of this action with the later-filed action and may provide the order approving this Joint Motion to the counsel or the Court in the subsequent action.

SO ORDERED, this 5th day of April, 2016:

                                              ___s/ J. Thomas Marten_____
                                              THE HONORABLE J. THOMAS MARTEN